FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 26 AM 10:25
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>EMMITT SCOTT, )<br>      Defendant. ) | Case No. CR417-262 |

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>YAMPIEL SOTOLONGO, )<br>      Defendant. ) | Case No. CR418-084 |

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ROBERT FUTRELL, )<br>      Defendant. ) | Case No. CR418-093 |

<u>ORDER</u>

Katie A. Brewington, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice

within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 23rd day of April 2018.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA